UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERIEL ALEXANDER

_____
Write the full name of each plaintiff.

-against-

JP MORGAN CHASE BANK, N.A

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

19 cv 10811
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☒ No


RECEIVED
NOV 20 2019
U.S.D.C.
S.D.N.Y.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

RACIAL PROFILING, 42 U.S CODE § 2000a. Prohibitions against discrimination or segregation in places of public accommodation, BRIBERY, DISCRIMINATION OF COLOR, RACE.

### B. If you checked Diversity of Citizenship

   1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, JERIEL ALEXANDER, is a citizen of the State of
(Plaintiff's name)

NYS YONKERS 10701
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **JPMORGANCHASEBANK N.A**, is incorporated under the laws of the State of **NEW YORK CITY**

and has its principal place of business in the State of **NEW YORY CITY**

or is incorporated under the laws of (foreign state) **NEW YORK CITY**

and has its principal place of business in **NEW YORK, USA**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**JERIEL** _____ **ALEXANDER**
First Name / Middle Initial / Last Name

**79-81 Main Street #1253**
Street Address

**Yonkers** / **NY** / **10701**
County, City / State / Zip Code

**917-680-9853** / **JERRELAN@aol.com**
Telephone Number / Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

JP MORGAN CHASE BANK, N.A
First Name / Last Name

Current Job Title (or other identifying information)

270 PARK AVE
Current Work Address (or other address where defendant may be served)

NEW YORK / NY / ~~10010~~ 10017
County, City / State / Zip Code

Defendant 2:

First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 3:

First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City _____ State _____ Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: CHASE BRANCH, STRAFORD CT,

Date(s) of occurrence: MARCH 22TH, 2018  September 20TH 2019

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

ON MARCH THE 22TH 2018 MY SISTER AND I WENT TO WITHDRAW $3,330 AT THE CHASE BRANCH IN STRAFORD CT. AS I APPROACHED THE TELLER I REQUESTED TO WITHDRAW $3,330. I ENTER MY SECURITY PIN AS REQUESTED. AFTER TEN MINS PASSED BANK TELLER REQUESTED MY DRIVER LICENSE AND MY SOCIAL SECURITY CARD. I QUESTION WHY? THE BANK TELLER TOLD ME SHE HAS TO RUN A CRIMINAL BACKGROUND CHECK ON ME TO WITHDRAW $3,330. AS I WAITED ANOTHER TEN MINS TELLER MENTION SHE COULD NOT LOCATE MY ACCOUNT. I ASK WHY THE TELLER REPLY to me "BECAUSE I AM BLACK SHE CAN NOT PROCESS MY REQUEST BASE ON MY SKIN COLOR" I Immediately REQUEST FOR MANAGER. I CALL CHASE ~~COROPORATE~~ CORPORATE TO FILE A COMPLAINT CONCERNING DISCRIMINATION against RACE and COLOR. CHASE REP SAID

Page 5

THEY WILL INVESTIGATE. CHASE DID NOT INVESTIGATE NOTHING OR DISCIPLINE THE REP. THEY VIOLATED MY RIGHTS COVERED IN 42 U.S COD §2000a. WHEN I TOLD CHASE I RESERVE THE RIGHTS TO LEGAL MATTERS CHASE EXECUTIVE STARTING CALLING MY PHONE. ONE REP TRY TO BRIBE ME WITH MONEY BY TRANSFERRING $116 INTO MY ACCOUNT LATE NIGHT I TOLD REP STOP IT ITS ILLEGAL. SHE REPLY "MY Colleague JORDAN COULDN'T GET TO YOU PLEASE TAKE THE MONEY". THE MEDIA FILES SHOULD BE AVAIL. CHASE EXECUTIVE TRY TO INFLUNCE me BY NOT SUING THEM, ON SEPT 20 2019

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Relief $25 Million

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 11/20/19 | Jeriel Alexander |
| Dated | Plaintiff's Signature |
| JERIEL | J | ALEXANDER |
| First Name | Middle Initial | Last Name |

79-81 Main Street #1253
Street Address

Yonkers     NY     10701
County, City     State     Zip Code

917 680 9853     JERRELAN@aol.com
Telephone Number     Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.