UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 24 2020

JERIEL ALEXANDER,

     Plaintiff,

-against-

JP MORGAN CHASE BANK, N.A.,

     Defendant.

19-CV-10811 (GBD)

ORDER OF SERVICE

GEORGE B. DANIELS, United States District Judge:

  Plaintiff brings this *pro se* action, for which the filing fee has been paid.

  The Clerk of Court is directed to issue a summons as to Defendant JP Morgan Chase Bank, N.A. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: FEB 24 2020
New York, New York

            _____
            GEORGE B. DANIELS
            United States District Judge